3: 11 - mr - 5741 m

Prob 12
(Rev 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Michael R. Johnson                    Docket Nos. 00-00136-007 & 00-00146-001

### Petition on Supervised Release

COMES NOW Theodore W Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael R Johnson, who was placed on supervision by the Honorable Alan N Bloch sitting in the Court at Pittsburgh, Pennsylvania, on the 23rd day of October, 2008, who fixed the period of supervision at 52 months and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows

The defendant shall abide by all conditions of supervised release imposed at the defendant's sentencing in this case on November 30, 2000

Original conditions of supervision imposed by Judge Bloch on November 30, 2000, at sentencing

1   Shall pay $300 special assessment
2   Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation office

| | |
|---|---|
| 11/30/2000 | Criminal No 00-00136-007  Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 100 Kilograms of Marijuana, and Conspiracy to Launder Monetary Instruments, 188 months' imprisonment at each count, 5 years' supervised release at Count 1, and 3 years' supervised release at Count 2, to be served concurrently |
| | Criminal No 00-00146-001 Possession with Intent to Distribute in Excess of 500 Grams of a Mixture and Substance Containing a Detectable Amount of Cocaine Hydrochloride, 188 months' imprisonment, 5 years' supervised release, to be served concurrently |
| 11/07/2002 | Releasee resentenced to serve a custody term of 72 months' at each of the above counts, said terms to be served concurrently |
| 09/30/2005 | Released to supervision |
| 06/05/2007 | Transfer of supervision of this case to the District of New Mexico approved by the Court |
| 07/05/2007 | Supervision transferred to the District of New Mexico |
| 07/14/2007 | Releasee arrested by Albuquerque, New Mexico, Police Department on a charge of Driving Under the Influence of Alcohol (DUI) |
| 09/13/2007 | Petition signed, Court approved modification of releasee's supervision conditions to include 120 days of community confinement |
| 01/11/2008 | Community confinement successfully completed |
| 06/14/2008 | Releasee arrested by Rio Rancho, New Mexico, Police Department on the following charges Violation of Protection Order, Aggravated Stalking, Assault on Household Member, and Disorderly Conduct |
| 06/23/2008 | Warrant issued |
| 10/23/2008 | Supervised release revoked  Sentenced at Criminal No 00-00136-007 to 8 months imprisonment and 52 months' supervised release at Count 1 and one day imprisonment and 35 months' supervised release at Count 2, at Criminal No 00-00146-001to one day imprisonment and 52 months' supervised release, all to be served concurrently |

Case 2:00-cr-00136-ANB   Document 726   Filed 01/26/11   Page 2 of 2

USA vs Michael R Johnson
Docket Nos 00-00136-007 & 00-00136-001
Page 2

| | |
|---|---|
| 02/11/2009 | Released to supervision, currently supervised by USPO Tracey J Begonia |
| 06/17/2010 | Petition signed, Court approved modification of releasee's supervision conditions to include up to 6 months Home Confinement |
| 11/10/2010 | Home Confinement successfully completed |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant violated the following conditions of supervised release

**Shall not commit another Federal, state, or local crime.**

The defendant was arrested on January 25, 2011, in El Paso, Texas, on the Federal charge of Conspiracy to Possess With Intent to Deliver 400lbs of Marijuana  He is being prosecuted Federally through the United States District Court, Western District of Texas, El Paso division

**Shall not leave the judicial district without permission of the Court.**

The defendant had been given permission by the Court to travel to Albuquerque, New Mexico, and was subsequently issued a travel permit to that end by the Probation Office  During the permitted travel, the defendant traveled out of the permitted location to El Paso, Texas

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the supervised releasee's arrest and that the warrant be lodged as a detainer at El Paso County Jail, El Paso, Texas

ORDER OF COURT

Considered and ordered this 27 day of
January, 2011 and ordered filed and made
a part of the records in the above case

US District Judge

I declare under penalty of perjury that the foregoing is true and correct

Executed on   January 26, 2011

Tracey J Begonia
U S Probation Officer

Place    Pittsburgh, PA